# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. MILLER,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>  Defendant. | Case No. 1:22-cv-00514-ADA-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10)<br><br>**DEADLINE: NOVEMBER 1, 2022** |

On September 1, 2022, the parties filed a notice of settlement, in which they indicate a settlement agreement has been reached which disposes of the entire case. (ECF No. 10.) The parties indicate they expect to file the notice of dismissal within sixty days.

Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). The parties do not expressly request additional time to file the dispositional documents, but indicate they anticipate filing dismissal papers within sixty days. Construing this notice as a request for an extension, the Court finds good cause exists to extend the time to file dispositional documents to sixty days. The parties are further advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court generally does not retain jurisdiction to oversee that the parties comply with the terms of the settlement agreement.

///

1

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **November 1, 2022**.

IT IS SO ORDERED.

Dated: **September 2, 2022**

UNITED STATES MAGISTRATE JUDGE