SEAN P. FLYNN  (SBN: 220184)
**GORDON REES SCULLY MANSUKHANI, LLP**
3 Parkcenter Drive, Suite 200
Sacramento, CA  95825
Telephone:  (702) 577-9317
Facsimile:  (916) 920-4402
Email:  sflynn@grsm.com

Attorneys for Defendant
UNITED COLLECTION BUREAU, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. MILLER,<br><br>                    Plaintiff,<br><br>     vs.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>                    Defendant. | CASE NO.  1:22-cv-00514-ADA-SAB<br><br>**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL** |

Defendant UNITED COLLECTION BUREAU, INC., ("UCB") hereby files its Response to the Court's Order to Show Cause (ECF No. 12).

On September 1, 2022, Plaintiff filed a notice of settlement. (ECF No. 10.) Counsel for Defendant, United Collection Bureau, Inc., drafted a proposed Settlement Agreement and sent the draft to Plaintiff's Counsel for review and signature on September 21, 2022.

Thereafter, on October 28, 2022, having not received either an executed settlement agreement or proposed revisions to the settlement documents, Defense Counsel followed up with Plaintiff's Counsel regarding the status of the Settlement Agreement. Defense Counsel further indicated that the deadline to file dismissal papers was quickly approaching and expressed to Plaintiff's Counsel that in light of the ongoing settlement discussions and revisions to the Settlement Agreement, there would be no objection from Defendant should Plaintiff need additional time to file the Dismissal papers by the Court's deadline on Nov. 1, 2022.  It was

1  Defendant's understanding that Plaintiff's counsel would either file an unopposed Motion to

2  Extend Time or would file the dismissal papers prior to November 1.

3      Surprisingly, on November 7, 2022, counsel for UCB received an email from Plaintiff's

4  counsel requesting a status on the draft settlement agreement that had been prepared and

5  circulated in September.

6      To date, Counsel for UCB has yet to receive proposed revisions to, or a signed Settlement

7  Agreement from Plaintiff.

8      Accordingly, in light of the foregoing, Defendant requests that no monetary sanctions be

9  issued against Defendant, or its Counsel.

11  Dated: November 10, 2022        GORDON REES SCULLY MANSUKHANI, LLP

13  By:   *s/Sean P. Flynn*
        Sean P. Flynn
        Attorneys for Defendant
        United Collection Bureau, Inc.