# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>    Defendant. | Case No. 1:22-cv-00514-ADA-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING MOTION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 12, 13, 14)<br><br>**DECEMBER 5, 2022 DEADLINE** |

On November 7, 2022, the Court issued an order to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with the Court's September 2, 2022 order. (ECF No. 12.) On November 10, 2022, Defendant filed a response to the order to show cause, and on November 14, 2022, Plaintiff filed a response. (ECF Nos. 13, 14.)

Upon review of the responses, it appears Plaintiff was less diligent than Defendant in ensuring the parties complied with the deadline to file dispositional documents, and in communicating with Defendant. Nonetheless, given the written submission and request for additional time to file dispositional documents, the Court will not impose sanctions. Plaintiff requests an additional thirty days from the date of the filing of the response to the order to show cause. However, a week has already passed since the order to show cause was issued, and Plaintiff has not explained why such an extension is necessary. The Court shall grant an

additional twenty-one days from the filing of the response, as that is more in line with the Local Rule. See L.R. 160(b) ("[T]he Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause.").

    Accordingly, IT IS HEREBY ORDERED that:

1. The November 7, 2022 order to show cause (ECF No. 12) is DISCHARGED;
2. The motion to extend the time to file dispositional documents (ECF No. 14) is GRANTED; and
3. The parties shall file dispositional documents on or before December 5, 2022.

IT IS SO ORDERED.

Dated:   **November 15, 2022**                                    _____
                                                                              UNITED STATES MAGISTRATE JUDGE